

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2017
MARCH 6, 2018 SESSION



FILED
MAR - 6 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 5:18-00041
    21 U.S.C. § 841(a)(1)
    18 U.S.C. § 922(g)(1)
    18 U.S.C. § 924(a)(2)
    18 U.S.C. § 924(c)(1)(A)

DAVID MOORE

# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE

On or about April 1, 2017, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant DAVID MOORE knowingly and intentionally possessed with intent to distribute a quantity of cocaine, also known as "coke," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TWO**

1. On or about April 1, 2017, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant DAVID MOORE knowingly possessed a Sig Sauer, model P522, .22 LR caliber pistol, in and affecting commerce.

2. At the time defendant DAVID MOORE possessed the aforesaid firearm, he had been convicted of a crime punishable by a term of imprisonment exceeding one year as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about July 11, 2003, in the Circuit Court of Raleigh County, of the felony offense of delivery of a controlled substance in violation of West Virginia Code § 60A-4-401, Case Number 03-IF-04-H.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**COUNT THREE**

On or about April 1, 2017, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant DAVID MOORE did knowingly possess a Sig Sauer, model P522, .22 LR caliber pistol, in furtherance of a drug trafficking crime, for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute cocaine, also known as "coke," a Schedule II controlled substance.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

**FORFEITURE**

1. The allegations contained in the Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853.

2. Pursuant to 21 U.S.C. § 853(a) and Rule 32.2(a) of the Federal Rules of Criminal Procedure, upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1), as set forth in the Indictment, the defendant, DAVID MOORE, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including but not limited to the Sig Sauer, model P522, .22 LR caliber pistol.

MICHAEL B. STUART
United States Attorney

By: _____
MILLER BUSHONG
Assistant United States Attorney