# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## AT BECKLEY

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 5:18-cr-00041

DAVID MOORE,

## MEMORANDUM OPINION AND ORDER

The Judgment and Commitment Order in the above-referenced matter was entered July 2, 2020. Defendant David Moore's Notice of Appeal was filed July 6, 2020.

"The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over aspects of the case involved in the appeal." *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982). *See Doe v. Public Citizen*, 749 F.3d 246, 258 (4th Cir. 2014) ("[a] timely filed notice of appeal transfers jurisdiction of a case to the court of appeals and strips a district court of jurisdiction to rule on any matters involved in the appeal").

Accordingly, all further communications must be directed to the Clerk for the United States Court of Appeals for the Fourth Circuit. The address is as follows: Patricia S. Connor, U.S. Court of Appeals for the Fourth Circuit, 1100 East Main Street, Suite 501, Richmond, Virginia 23219. Further communications directed to this Court will consequently receive no action.

The Clerk is directed to send a copy of this Order to the Clerk for the United States Court of Appeals for the Fourth Circuit, Defendant and his counsel, to the United States Attorney,

to the United States Probation Office.

                                      ENTERED:    November 12, 2020

                                                          Frank W. Volk
                                                          United States District Judge